1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL A. RODRIGUEZ,<br><br>      Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br> Commissioner of Social Security,<br><br>      Defendant. | CASE NO. 2:06-CV-01303-PAN (JFM)<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to respond to Defendant's answer in the above-referenced case is hereby extended from the present due date of December 29, 2006, by sixty days, to the new response date of February 27, 2007.

DATED: December 14, 2006

McGregor W. Scott
United States Attorney

*/s/ Ann M. Cerney*
Ann M. Cerney
Attorney for Plaintiff

*/s/ Jaime Luna Preciado*
Jaime Luna Preciado
Special Assistant US Attorney
Attorney for Defendant

Stip.& Order Ext. Def.'s Time
2:06-cv-01303-PAN (JFM)

**1**

## ORDER

APPROVED AND SO ORDERED.

DATED: December 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13
Rodr.1303.eot.ss.wpd

Stip.& Order Ext. Def.'s Time
2:06-cv-01303-PAN (JFM)                    **2**