UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MANUEL A. RODRIGUEZ, | NO. 2:06-CV-1303 DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously filed Equal Access to Justice Act (EAJA) petition is hereby withdrawn.

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of four-thousand, four hundred fifty dollars and zero cents ($4450.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

/////

1    This stipulation constitutes a compromise settlement of
2 Plaintiff's request for EAJA attorney fees, and does not
3 constitute an admission of liability on the part of Defendant
4 under the EAJA.  Payment of four-thousand, four hundred fifty
5 dollars and zero cents ($4450.00) in EAJA attorney fees, shall
6 constitute a complete release from and bar to any and all claims
7 Plaintiff may have relating to EAJA fees in connection with this
8 action.  Any payment shall be made payable to Plaintiff's counsel
9 as Plaintiff's assignee and delivered to Plaintiff's counsel.
10    This award is without prejudice to the rights of Plaintiff's
11 counsel to seek Social Security Act attorney fees under 42 U.S.C.
12 § 406, subject to the provisions of the EAJA.

13                              Respectfully submitted,

14 Dated: December 17, 2007     /s/Ann M. Cerney
                                ANN M. CERNEY
15                              Attorney for Plaintiff
                                *as authorized via fax
16

17
   Dated: December 17, 2007     MCGREGOR W. SCOTT
18                              United States Attorney

19                              /s/ Jaime L. Preciado
                                JAIME L. PRECIADO
20                              Special Assistant U.S. Attorney
                                Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MANUEL A. RODRIGUEZ, ) | |
| ) | |
| Plaintiff, ) | NO. 2:06-CV-1303 DAD |
| ) | |
| ) | ORDER AWARDING EQUAL |
| v. ) | ACCESS TO JUSTICE ACT ATTORNEY |
| ) | FEES PURSUANT TO |
| MICHAEL J. ASTRUE, ) | 28 U.S.C. § 2412(d) |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees,

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of four-thousand, four hundred fifty dollars and zero cents ($4450.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATED: December 18, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsecrodriguez1303.stipord.attyfees

3